IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK DAVIS CONNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:14-cv-274 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** that the Commissioner's Motion for Summary Judgment (Dkt. No. 17) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. No. 15) is **DENIED**, and this matter is hereby **DISMISSED** from the active docket of the court.

Enter: September 25, 2015

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge